■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE JOHNSON, Appellant. [1 NYS3d 853]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Garnett, J.), rendered February 11, 2013, convicting him of rape in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court providently exercised its discretion in precluding him from cross-examining the victim about a past allegation of sexual abuse the victim had made against an ex-boyfriend because the defendant provided no basis for his contention that the prior allegation was false (*see People v Mandel*, 48 NY2d 952 [1979]; *People v Resto*, 104 AD3d 709 [2013]; *People v Amaya*, 103 AD3d 907 [2013]).

The defendant's remaining contention is without merit. Skelos, J.P., Hall, Sgroi and Hinds-Radix, JJ., concur.